JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WILLIAM HARRINGTON,<br>Petitioner,<br>v.<br>KATHLEEN ALLISON, Director,<br>Respondent. | Case No. 17-cv-05245-PA (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this case is dismissed with prejudice.

DATED: January 15, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE